# ALABAMA COURT OF CRIMINAL APPEALS



March 14, 2025

**CR-2024-0740**
Ambrose Sebastian Clark v. State of Alabama (Appeal from Calhoun Circuit Court:
CC-07-1129.60 and CC-07-1130.60)

## NOTICE

You are hereby notified that on March 14, 2025, the following action was taken
in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk